Thad M. Guyer, Esq. (Oregon # 82144)
Stephani L. Ayers, Esq. (Washington # 31610)
T.M. Guyer and Ayers & Friends, P.C.
116 Mistletoe St.
P.O. Box 1061
Medford, OR 97501
Tel: 541.203.0690
Fax: 1.888.866.4720
Email: thad@whistleblowerdefenders.com

Attorneys for Plaintiff, *Pro Hac Vice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID A. KESSLER,<br><br>        Plaintiff,<br><br>v.<br><br>J. MICHAEL BISHOP, ROBERT C. DYNES, MARK G. YUDOF, "JANE/JOHN DOE",<br><br>        Defendants. | Case No. 4:08-cv-05554 PJH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS AND FOR JUDICIAL NOTICE** |

**[~~PROPOSED~~] ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS AND FOR JUDICIAL NOTICE**

BASED UPON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the time within which Plaintiff shall answer or otherwise respond to the Defendants' Motion to Dismiss and Request for Judicial Notice in this action shall be extended from October 6, 2010 to October 20, 2010, and the Defendants shall have until November 3, 2010 to file any replies to said responses or oppositions to the Motion to Dismiss and Request for Judicial Notice. IT IS FURTHER ORDERED THAT the hearing shall be continued from October 27, 2010, to November 17, 2010.

Dated: October 20, 2010



IT IS SO ORDERED
Judge Phyllis J. Hamilton
United States District Court
Northern District of California