UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. KESSLER,

    Plaintiff,

    v.

J. MICHAEL BISHOP, et al.,

    Defendants.
_____/

No. C 08-5554 PJH

**ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND SETTING CASE MANAGEMENT CONFERENCE; SUSPENDING BRIEFING ON DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

    IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference will be held in this case before the Honorable Phyllis J. Hamilton on June 16, 2011, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.  Please refer to the December 12, 2008, ADR Scheduling Order for the required contents of a case management statement.

    IT IS FURTHER ORDERED that Plaintiff shall not file an opposition to Defendants' motion for summary judgment until after the pretrial schedule is discussed at the case management conference.

**IT IS SO ORDERED.**

Dated: May 27, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge