CROWELL & MORING LLP
Michael A. Kahn (CSB No. 057432, mkahn@crowell.com)
J. Daniel Sharp (CSB No. 131042, dsharp@crowell.com)
Kevin P. O'Brien (CSB No. 215148, kobrien@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendants J. MICHAEL BISHOP,
ROBERT C. DYNES and MARK G. YUDOF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID A. KESSLER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MICHAEL BISHOP, ROBERT DYNES, MARK YUDOF,<br><br>    Defendants. | Case No. 4:08-cv-05554-PJH<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER SETTING PRETRIAL<br>SCHEDULE**  AS MODIFIED BY THE COURT |

Plaintiff David A. Kessler ("Plaintiff" or "Kessler") and Defendants J. Michael Bishop, Robert C. Dynes and Mark G. Yudof (collectively "Defendants") hereby stipulate to the following pretrial schedule:

| Date | Event |
|---|---|
| January 6, 2012 | Fact discovery cut-off[1] |
| January 20, 2012 | Expert disclosures due |

---

[1] Pending before the Court is Defendants' motion for summary judgment on *res judicata*/collateral estoppel grounds.  The Court has indicated that the commencement of discovery is stayed pending a ruling on said motion. (See, Dkt. Doc. # 70 Minute Entry: Motion Hearing held on 7/27/2011 before Phyllis J. Hamilton (Date Filed: 7/27/2011) re [51] Motion for Summary Judgment filed by Defendants.)

CROWELL
& MORING LLP
ATTORNEYS AT LAW

SFACTIVE-902404352.1

STIPULATION AND [PROPOSED] ORDER SETTING
PRETRIAL SCHEDULE; CASE NO. 4:08-CV-05554-PJH

| | |
|---|---|
| February 20, 2012 | Rebuttal expert disclosures due |
| March 9, 2012 | Expert discovery cut-off |
| March 21, 2012 | Last day to file dispositive motions[2] |
| April 25, 2012, 9:00 a.m. | Last day for hearing on dispositive motions |
| June 28, 2012 | Last day to meet and confer regarding preparation of joint pretrial statement |
| July 5, 2012 | Last day to file and serve joint pretrial statement; joint voir dire questions; joint jury instructions; witness lists; exhibit lists; deposition designations; trial briefs; proposed verdict forms; motions in limine and requests regarding treatment of confidential or sealed documents |
| July 5, 2012 | Last day to exchange premarked exhibits and submit exhibits to Clerk's Office |
| July 19, 2012 | Last day to file and serve oppositions to motions in limine and counter-deposition designations |
| August 2, 2012, 2:00 p.m. | Pretrial Conference |
| August 27, 2012, 8:30 a.m. | Trial |

---

[2] Pursuant to the Court's Standing Order, "Only **one** summary judgment motion may be filed by each side, absent leave of court." On May 26, 2011, defendants filed a Motion for Summary Judgment on the issues of (i) *res judicata* and (ii) qualified immunity. [Docket No. 51] At a Status Conference June 16, 2011, the Court granted leave to proceed with the motion as to *res judicata* only. The Court indicated that it would not adjudicate the motion on qualified immunity unless defendants agreed to bring no further motion for summary judgment on the merits, which defendants were unwilling to do. The Court heard defendants' motion as to *res judicata* only on July 27, 2011. Thus, Defendant's position is that each side remains entitled to bring one additional summary judgment motion. The Plaintiff disagrees and takes the position that the pending *res judicata* motion is the only summary judgment motion Defendants may file without further leave of the Court.

| | |
|---|---|
| Dated: August 2, 2011 | CROWELL & MORING LLP |
| | /s/<br>J. Daniel Sharp<br>Attorneys for Defendants BISHOP, DYNES and YUDOF |
| Dated: August 2, 2011 | T.M. Guyer and Ayers & Friends, P.C. |
| | /s/<br>Thad Guyer<br>Attorneys for Plaintiff DAVID A. KESSLER |

IT IS SO ORDERED.

Dated: __August 4__, 2011

HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

DEFENDANT IS CORRECT. EACH SIDE MAY BRING A DISPOSITIVE MOTION AT CONCLUSION OF DISCOVERY.
DEFENDANT WAS PERMITTED AN EARLY MOTION SOLELY ON LEGAL QUESTION OF RES JUDICATA

**CERTIFICATION BY J. DANIEL SHARP PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of Crowell & Moring LLP, counsel for Defendants J. Michael Bishop, Robert C. Dynes ad Mark G. Yudof. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that the concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on August 2, 2011

CROWELL & MORING LLP

/s/

J. Daniel Sharp
Attorneys for Defendants
J. MICHAEL BISHOP, ROBERT C. DYNES and MARK G. YUDOF

# PROOF OF SERVICE

I, Kim Harris, state:

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL SCHEDULE**

on the following person(s) in this action:

**Thad Guyer**
**Stephani L. Ayers**
**T.M. Guyer and Ayers & Friends, P.C.**
**116 Mistletoe Street**
**Medford, OR 97501-3006**

☒  BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 2, 2011, at San Francisco, California.

_____
Kim Harris